**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00361-CV**
_____

**LIGHTSTONE GROUP, LLC, Appellant**

**V.**

**SECOND GLEN INVESTORS, INC., Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-10-11937-CV**

## MEMORANDUM OPINION

Lightstone Group, LLC, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 12, 2023
Opinion Delivered April 13, 2023
Before Golemon, C.J., Horton and Wright, JJ.

1